**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE MEDINA CAMACHO and RHONDA COTTA, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE CONTROL GROUP MEDIA COMPANY, LLC, and INSTANT CHECKMATE, LLC,<br><br>　　　　　　　　　Defendants. | Case Nos.: 21-cv-1954-MMA (MDD)<br>　　　　　　21-cv-1957-MMA (JLB)<br>　　　　　　22-cv-209-MMA (MDD)<br><br>**ORDER DIRECTING THE PARTIES TO MEET AND CONFER AND FILE A JOINT STATUS REPORT CONCERNING CONSOLIDATION** |
| JOSE MEDINA CAMACHO and RHONDA COTTA, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE CONTROL GROUP MEDIA COMPANY, LLC, and TRUTHFINDER, INC.,<br><br>　　　　　　　　　Defendants. | |

| | |
|---|---|
| 1 | JOSE MEDINA CAMACHO and |
| 2 | RHONDA COTTA, *individually and on behalf of all others similarly situated*, |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | PEOPLECONNECT, INC., INTELIUS |
| 6 | LLC, and THE CONTROL GROUP MEDIA COMPANY, LLC, |
| 7 | Defendants. |

Currently pending before this Court are three actions brought by Plaintiffs Jose Medina Camacho and Rhonda Cotta ("Plaintiffs") against The Control Group Media, LLC and its associated companies and websites ("Defendants"), alleging California and Alabama right of publicity claims.[1]  *See* Case No. 21-cv-1954, Doc. No. 1; Case No. 21-cv-1957-MMA (JLB), Doc. No. 1; Case No. 22-cv-209-MMA (MDD), Doc. No. 1.

Upon review, it appears there is substantial similarity between the three complaints, the motions to dismiss briefing,[2] the parties bringing the action and the parties against whom the action is brought, the documents filed, and Plaintiffs' and Defendants' counsel.  Given these similarities and to streamline any future discovery, the Court **ORDERS** the parties to:

(1) Meet and confer on whether these three actions should be consolidated, *see*
Fed. R. Civ. P. 42(a) ("If actions before the court involve a common question of fact or law, the court may . . . consolidate the actions."); Wright & A. Miller,

---

[1] The Control Group Media is a Defendant in all three cases, and each of the three cases is also brought against companies that are alleged to be operated or controlled by The Control Group Media.  *See* Case No. 21-cv-1954, Doc. No. 1 ¶¶ 1, 9, 21–23; Case No. 21-cv-1957-MMA (JLB), Doc. No. 1 ¶¶ 1, 9, 21–23; Case No. 22-cv-209-MMA (MDD), Doc. No. 1 ¶¶ 1, 11, 22–24.

[2] The Court notes that nearly identical motion practice has been filed in these cases.  *See* Case No. 21-cv-1954, Doc. Nos. 20, 23, 24; Case No. 21-cv-1957-MMA (JLB), Doc. Nos. 19, 22, 23; Case No. 22-cv-209-MMA (MDD), Doc. No. 16.  As such, there are three pending motions.  The Court defers ruling on the motions until after review of the status report.

Federal Practice and Procedure, § 2381 (1971) (noting that Rule 42 seeks to provide the Court with "broad discretion to decide how cases on its docket are to be tried so that the business of the court may be dispatched with expedition and economy while providing justice to the parties"); and

(2) File a joint status report as to each party's respective position and/or agreement to consolidation of these actions on or before **May 24, 2022**.

**IT IS SO ORDERED**.

Dated: May 3, 2022

HON. MICHAEL M. ANELLO
United States District Judge