**JENNER & BLOCK LLP**
Kate T. Spelman (Cal. Bar. No. 269109)
kspelman@jenner.com
515 S. Flower Street, Suite 3300
Los Angeles, California 90071
Telephone: 213 239-5100
Facsimile: 213 239-5199

Attorneys for Defendants
[Additional Counsel Listed on Signature Page]

**EDELSON PC**
Yaman Salahi (State Bar No. 288752)
150 California Street, 18th Floor
San Francisco, California 94111
Tel: (415) 212.9300
Fax: (415) 373.9435
ysalahi@edelson.com

Attorneys for Plaintiffs
[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MEDINA CAMACHO and RHONDA COTTA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLECONNECT, INC., a Delaware Corporation, INTELIUS LLC, a Delaware limited liability company, and THE CONTROL GROUP MEDIA COMPANY, LLC, a Delaware limited liability company,<br><br>Defendants. | Case Nos. 3:22-cv-00209-MMA-MDD<br><br>The Honorable Michael M. Anello<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's May 3, 2022 Order, Plaintiffs Jose Medina Camacho and Rhonda Cotta ("Plaintiffs") and Defendants The Control Group Media Company, LLC, PeopleConnect, Inc., and Intelius LLC ("Defendants") (collectively, "the Parties") submit this Joint Status Report.

**PARTIES' POSITION**

On May 3, 2022, the Court Directed the Parties to Meet and Confer and File a Joint Status Report Concerning Consolidation. Dkt. 18; *see also Camacho et al. v. The Control Group Media Company, LLC et al.*, No. 21-cv-1954 (S.D. Cal. May 3, 2022), ECF No. 28; *Camacho et al. v. The Control Group Media Company, LLC et al.,* No. 21-cv-1957 (S.D. Cal. May 3, 2022), ECF No. 27 (collectively, the "May 3, 2022 Order").

Pursuant to the Court's May 3, 2022 Order, the parties met and conferred on May 11, 2022. While it is not clear from the order the extent to which the Court envisioned consolidation of these cases, the Parties agree that the cases should be consolidated at least for pre-trial purposes and can revisit the issue to the extent that the Court contemplated a broader scope of consolidation in its May 3, 2022 Order.

| | |
|---|---|
| Dated: May 19, 2022 | Dated: May 19, 2022 |
| **PEOPLECONNECT, INC., INTELIUS LLC** and **THE CONTROL GROUP MEDIA COMPANY, LLC** | **JOSE MEDINA CAMACHO** and **RHONDA COTTA** individually and on behalf of all others similarly situated, |
| By: s/ *Debbie L. Berman*<br>        Debbie L. Berman | By: s/ *Yaman Salahi*<br>        Yaman Salahi |
| Debbie L. Berman (*pro hac vice*) (Ill. Bar No. 6205154)<br>Wade A. Thomson (*pro hac vice*) (Ill. Bar No. 6282174)<br>Clifford W. Berlow (*pro hac vice*) (Ill. Bar No. 6292383)<br>**JENNER & BLOCK LLP**<br>353 North Clark Street<br>Chicago, Illinois 60654<br>Telephone:   312 222-9350<br>Facsimile:    312 527-0484<br>dberman@jenner.com<br>wthomson@jenner.com<br>cberlow@jenner.com | Yaman Salahi (State Bar No. 288752)<br>**EDELSON PC**<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Tel: (415) 212.9300<br>Fax: (415) 373.9435<br>ysalahi@edelson.com<br><br>Lawrence Timothy Fisher (State Bar No. 191626)<br>**BURSOR & FISHER, P.A.**<br>190 North California Boulevard, Suite 940<br>Walnut Creek, CA 94596<br>Tel: (925) 300-4455<br>Fax: (925) 407-2700<br>ltfisher@bursor.com |
| Kate T. Spelman (Cal. Bar. No. 269109)<br>**JENNER & BLOCK LLP**<br>515 S. Flower Street, Suite 3300<br>Los Angeles, California 90071<br>Telephone:   213 239-5100<br>Facsimile:    213 239-5199<br>kspelman@jenner.com | |

**SIGNATURE ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: May 19, 2022              s/ *Debbie L. Berman*
                                 Debbie L. Berman